**Frank Leslie BAKER, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 40022.**

Court of Criminal Appeals of Texas.

Jan. 18, 1967.

Rehearing Denied March 8, 1967.

No attorney for appellant.

Henry Wade, Dist. Atty., Scott Bradley, Robert H. Stinson, Jr., and Kerry P. Fitz-Gerald, Asst. Dist. Attys., Dallas, Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

DICE, Judge.

The conviction is for murder; the punishment, life.

Trial was had on January 31, 1966, and notice of appeal was given March 28, 1966.

No assignments of error by appellate brief have been filed with the clerk of the trial court, as provided by Art. 40.09, Sec. 9, of the 1965 Vernon's Ann.Code of Criminal Procedure.

The record presents no questions of law which require a review by this court as unassigned error, under Sec. 13 of Art. 40.09, supra.

The judgment is affirmed.